**SP 3148 05**

05-602M

UNITED STATES vs MA, LAN NMN
Lockup Nbr: 53
PDID: 0579470
DC
CCR: 149995

| | |
|---|---|
| No Papers | |
| Count(s) | |
| Charges Filed | |
| Felony | |
| Misdemeanor | |
| Traffic | |
| I.C. | |

Court File Date: NOV 11 2005
LOCK UP: L-53

PDID ___ DOB ___ CCR ___

☐ CITATION  ☐ BOND  ☐ Collateral $___  Page ___

DEFENSE COUNSEL  CODE  S C A R  DATE WITHDRAWN
☐ PRO SE
1. S. Chu   445790   ☐☐☐☐ ___
2. ___   ☐☐☐☐ ___

A B C D E F G H I

PROSECUTOR  CODE   ASSIGNED TO JUDGE
1. ___
2. ___   Cal. Number ___

☐ Defendant informed of rights pursuant to Superior Court Rule 5(b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination
PLEA: ☐ Not Guilty  ☐ Made  ☐ Waived
Count(s) ___   ☐ Guilty, JUDGMENT Guilty

**CONTINUED DATE**  |  **BOND CONDITIONS**
PREL. HEARING   |  BOND AMOUNT $
STATUS HEARING  |  ☐ CASH ___ % ☐ SURETY
JURY TRIAL      |  ☑ PERSONAL RECOGNIZANCE
NON-JURY        |  ☐ Third Party Custodian
                |  ☐ Contribution Ordered

**PROBATION**
☐ 163 FILED

☑ Defendant Advised of Penalties for Failure to Appear.

Sentence Date
Report Due Date: C 11-14-05 @ 1:45pm CTRM 4.
Date Jacket Ready For Probation: U.S. DIST. COURT J/KAY
Date Received in Probation
By
Date Jacket Returned to Crim. Div.

Count(s) ___  Nolle Prosequi  Prosecutor: ___
COURT REPORTER  TAPE ☐   CLERK   JUDGE/COMM.
                  C 10      M      JACKSON

☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☑ NOT IN CUSTODY

**Diversion**
Date Admitted

**DISPOSED**  |  **PENDING**
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated

A 11.11.05

DATE:   **FINAL DISPOSITION ONLY**

FILED NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS

Count(s) ___  Nolle Prosequi  Prosecutor: ___
COURT REPORTER  TAPE ☐   CLERK ___   JUDGE/COMM. ___
☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY