CFID 1089356

AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LAN MA

**WARRANT FOR ARREST**

CASE NUMBER: 05-0602M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LAN MA___
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) § 371

Name of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Date and Location: NOV 09 2005, District of Columbia

Bail fixed at $ _____   by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11·9·05 | SEAN McLEOD  SDUSM | S-S.M'L |
| DATE OF ARREST 11·14·05 | | |