AO 468 (1/86) Waiver of Preliminary Examination or Hearing

FILED
NOV 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

DISTRICT OF _Columbia_ for the

UNITED STATES OF AMERICA

V.

Lin Ma

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-602M-01

I, __Lin Ma__, charged in a (complaint) (petition) pending in this District with __Sale of Counterfeiting__ in violation of Title __18__, U.S.C., __371__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

11-29-05
Date

_____
Counsel for Defendant