UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :  CR. NO.  05-602m-01 (AK) |
| LAN MA | : |

### DEFENDANT'S UNOPPOSED MOTION FOR RETURN OF PASSPORT

   The defendant, through undersigned counsel, respectfully requests that this honorable court order the Pretrial Services Agency to return her passport. In support of her request, the defendant states the following:

   1. At the time of her initial appearance in this matter, the defendant was released upon a variety of non-financial conditions. One of those conditions was that immediately turn over her passport to the Pretrial Services Agency.

   2. On August 7, 2006, pursuant to an agreement in which her husband entered a guilty plea before this court, all charges against Ms. Ma were dismissed by the government. Since the defendant is no longer under the jurisdiction of the court, she would request that her passport be returned. As a matter of information to the court and the parties, Ms. Ma's passport is necessary to naturalization proceedings which are to be initiated.  Additionally, the government does not oppose the granting of this request.

   WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this honorable court  grant her the relief that he seeks.

Respectfully submitted,

_____
Edward C. Sussman No. 174623
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

CERTIFICATE OF SERVICE

I hereby certify that motion was served on all interested parties pursuant to the court's electronic filing system.

_____
Edward C. Sussman