UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

           v.                                 :        CR. NO. 05-602M-01 (AK)

LAN MA                                  :

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601 Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter.

_____
Edward C. Sussman No. 174623
Attorney for Lawrence Maynard
Suite 900 - South Building
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 737-7110

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 187th day of August, 2006 by electronic filing on all interested parties.
.

_____
Edward C. Sussman

1