UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

        v.      :      CR. NO. 05-602M-01 (AK)

LAN MA      :

**FILED**

**AUG 2 9 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

Following the dismissal of her case on August 7, 2006, the court has before it the unopposed request of the defendant for return of her passport, presently in the custody of the D.C. Pretrial Services Agency. The court finds that the defendant has advanced good cause for the granting of this request. It is, therefore, this 29th day of August, 2006,

ORDERED, that the motion be, and hereby is, granted.

FURTHER ORDERED, that the Pretrial Services Agency return the defendant's passport to her personally, or Edward C. Sussman, Esq., her counsel of record.

_____
ALAN KAY
UNITED STATES JUDGE MAGISTRATE

cc:    Tammy Everrett
       D.C. Pretrial Services Agency
       U.S. Courthouse
       Washington, D.C. 20001

1